**Theodore HERSH, Petitioner,**

v.

**SECURITIES AND EXCHANGE COM-
MISSION, Respondent.**

**No. 18190.**

United States Court of Appeals
Ninth Circuit.

Nov. 20, 1963.

Fizzolio & Fizzolio, North Hollywood,
Cal., for petitioner.

Philip A. Loomis, Jr., Gen. Counsel,
Walter P. North, Assoc. Gen. Counsel,
and Jacob H. Stillman, Atty., Securi-
ties and Exchange Commission, Wash-
ington, D. C., for respondent.

Before BROWNING and DUNIWAY,
Circuit Judges, and MATHES, District
Judge.

PER CURIAM.

Petitioner asks this Court to review,
and set aside as to him, pursuant to §
25(a) of the Securities Exchange Act of
1934 [15 U.S.C. § 78y(a)], an order
of the Securities and Exchange Commis-
sion issued July 9, 1962, under §§ 15(b)

and 15A of the Act [15 U.S.C. §§ 78o
(b) and 78o–3], which revoked the reg-
istration of J. Logan and Company as a
broker and dealer in securities, expelled
that company from membership in the
National Association of Securities Deal-
ers, Inc., and declared petitioner, among
others, to be a "cause" of the revocation
and expulsion within the meaning of §
15A(b) (4) (2) (C) of the Act [15 U.S.
C. § 78o–3(b) (4) (2) (C)].

Examination of the record discloses
substantial evidence in support of the
Commission's findings as to petitioner.
Accordingly, we affirm the order as to pe-
titioner upon the grounds and for the
reasons stated in the opinion of the Com-
mission.

Affirmed.